Eastern District of Kentucky
FILED

OCT 26 2023

AT COVINGTON
Robert R. Carr
CLERK US DISTRICT COURT

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

---

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## _____ DIVISION at _____

CIVIL ACTION NO. _____   (Court Clerk will supply)

Paula Zelesnik
PLAINTIFF

VS: Pete Buttigeig
Meeka Owens
Shontel Brown
Chase Bank
Jane Menke
Jamie Jacobs      (do not use "et al.",
                   enter full names)
DEFENDANTS

Demand for Jury Trial:
Yes (___) No (___)

I.   **Plaintiff:**

A. Name (list any aliases): Paula Zelesnik

B. Prisoner ID #: _____ Check one: Convicted _____ Pretrial Detainee _____

C. Place of present confinement: _____

D. Address: UC ER Goodman Ave 45221 near Cleveland Hopkins airport

II.  **Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: * Pete Buttigeig
   Title or Position: Obama's Dept of Trans
   Place of Employment: — P 136 Short North 43215
B. Defendant's Name: Frank LaRose + Chase Bank
   Title or Position: Delta + Linwood Ave (2888)
   Place of Employment: 45226/45208

Page 1 of 8

* Kasich: you need a fake leg lane Rose's on your new sidewalks near La

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Defendant's Name: _Shontel Brown_

Title or Position: _Bernie's asswipe_

Place of Employment: _Brain layers' too_

D. Defendant's Name: _801 W Superior Ave 44113_

Title or Position: _ce Bibb 601 Lakeside_

Place of Employment: _Meeka Owens coi w/ Dr._

E. Defendant's Name: _Pete Buttigeig, Steve_

Title or Position: _Wahl, Dave Baird, Greg_

Place of Employment: _Colston, Covington PD :_

Dave Menke + Jamie

**III. Statement of Claim:** Jacobs

Micahsoftware + Retirement

fraud Sept 11 2001 -

1:21·mc·00001

Sept 11, 2023

P3

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

From Aug 2021 When General Electric Co. gave themselves a big fat raise with Senators Mitch McConnell + Paul Rand, while drafting Women for the war (CA027010 the public outcry has been 4·54·22) herd so the stock has not gone up in 2 years, which means KY cbc, GE has no public value, = no public safety, cc Nc nuker; Westinghouse nuker Householders nuker, Frank DeLoses nuker

P3    cc FRANK LAROSE - whore

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

1. I want my name off all Westinghouse nukes off AP600, AP1000 AP1 Trillion

2. I want my name off all GE's Russian patents :

I quit GE in 2005
GE puts my name on their patents
2010
GE tried to murder me at Montgomery County Jail OH 2010
My grandmother, was murdered at a Cleveland Nursing Home 2010
GE tried to murder me at Xenia Ohio's Greene County Jail 2015

B. When did these events happen?

3. I want my signature off all USA Joint strike fighter high pressure turbine rotor aft retainers f135 + f136

4. I am suing Chase Bank Ohio for GE's illegal abortion at Good SAM Hospital April 1999 and Judge Hopkins + Susie Plott for all their fake enquiries + fake Rheumatology + SSA fraud at The Christ Hospital + UC.

P3

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Where did these events happen?

_Anderson Township_
_Mt Lookout Ohio_
_Sharonville, Ohio_
_Evendale, Ohio,_
_Kenwood, Milford, Terrace Park_
_Blau's Gardens of Oakley_

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

_Police brutality by Crossroads_
_Church Brian Tome for Oakley_
_Ohio's - $100 trillion Cancelled_
_AETI by I-275 bypass, Jamie_
_Jacobs' Human_
_trafficking_

**IV.**  **Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the <u>prison's</u> grievance process before filing any lawsuit that relates to prison conditions. _Cold Spring Baptist_
_Church yours_ _cvg_
A. **Federal Prisoners** answer the following: _Ho's_
_Bunning_
1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?  YES (___)  NO (___)

2. If so, did you (check **ALL** that apply):
_____ file a request or appeal to the Warden _____ date
_____ appeal to the Regional Director _____ date
_____ appeal to the Office of General Counsel _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

4. What was the result? _____
_____
_____
_____

5. If you did not file a grievance, why not? _____
_____
_____
_____

B. **State Prisoners** answer the following:

1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?    YES (___)  NO (___)

2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

_____ file a grievance and seek an informal resolution         _____ date
_____ request a hearing from the Grievance Committee          _____ date
_____ appeal to the Warden                                    _____ date
_____ appeal to the Commissioner                              _____ date

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
        YES (___)  NO (___)
                                                    _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? *19 - cv. 04050*
*Judge Hopkins w/ Cincy Sheriff*
*@ Fuerst Watch downtown ||*
*Cincy near Renaissance Joe Nuxell*

5. If you did not file a grievance, why not? *AC FAA fraud*

*P3*

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C.    **County or City Prisoners** answer the following:

1.    Is there a grievance/appeal policy at your jail?   YES (__)  NO (__)

2.    **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

_____

3.    Did you file a grievance regarding these facts?   YES (__)  NO (__)

4.    If you filed a grievance:

    a.    What steps did you take to use the grievance process? _____

    _____

    _____

    _____

    _____

    b.    What was the result? _____

    _____

    _____

    c.    If unsuccessful, did you file an appeal?   YES (__)  NO (__)

    d.    What was the result? _____

    _____

    _____

    e.    Did you take any further steps in the grievance process?

        YES (__)  NO (__)        NO MORE AVAILABLE (__)

    f.    What was the result? _____

    _____

    _____

5.    If you did not file a grievance, why not?: _____

    _____

    _____

    _____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## V.    OTHER LAWSUITS    *See attached*

A.    Have you filed any other lawsuit **dealing with the same facts** raised in this action?   YES (___) NO (___)

B.    If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff:    *also Cleveland Federal*

Defendant(s):    *Court Judge Polster*
    *Oct 9 2023*
    *PO 1 W Superior Cleve 44113*

2. COURT: (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____    DATE FILED: _____

4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

_____

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.    List any other lawsuits that you have filed in any state or federal court:

1.    Plaintiff _____ vs.  Defendant(s) _____

    Court Name: _____    Case No.: _____

    Nature of Claim: _____    Date Filed: _____

    Outcome: _____    Date: _____

2.    Plaintiff _____ vs.  Defendant(s) _____

    Court Name: _____    Case No.: _____

    Nature of Claim: _____    Date Filed: _____

    Outcome: _____    Date: _____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

    Court Name: _____ Case No.: _____

    Nature of Claim: _____ Date Filed: _____

    Outcome: _____ Date: _____

## VI.  Relief:

State exactly what you want the Court to do for you.  You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

*I have stated my demands for relief for all your cases + airports with the United States of Amerika Supreme Court, Congress + Senate. If UC/Micahsoftware is all en your hands, sweetHART + her rapists*

## VII.  Review this Form

*CC Mimi Dreer*

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

*Bellewood Lanes KY*

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_Jacela Zelink Jay Wilson_ _____ _Oct 25 2023_
Signature of Plaintiff          ~~Prison ID#~~              Date

Plaintiff's Address: _Goodman Ave_
                     _UC ER_

                    Page 8 of 8    _July 5 2018_

                    *CC OMalley D2*

Query    Reports    Utilities    Help

# Select A Case

## Paula Zelesnik is a plaintiff in 26 cases.

| 2:18-cv-00113-WOB | Zelesnik v. Bevin et al | filed 07/03/18 | closed 07/09/18 |
|---|---|---|---|
| 2:20-cv-00143-JMH | Zelesnik v. McConnell et al | filed 10/06/20 | closed 10/09/20 |
| 2:20-cv-00157-KKC | Zelesnik v. Massie et al | filed 11/09/20 | closed 11/10/20 |
| 2:20-cv-00162-DLB | Zelesnik v. Beshear et al | filed 11/12/20 | closed 11/16/20 |
| 2:21-cv-00110-HRW | Zelesnik et al v. Senator Mitch McConnell et al | filed 09/13/21 | closed 12/07/21 |
| 2:21-cv-00165-WOB | Zelesnik v. Bush et al | filed 12/16/21 | closed 12/17/21 |
| 2:21-mc-00001-DCR | Zelesnik v. McConnell et al | filed 12/09/21 | closed 12/13/21 |
| 2:22-cv-00013-DCR | Zelesnik v. McConnell et al | filed 02/10/22 | closed 02/10/22 |
| 2:22-cv-00041-WOB | Zelesnik v. McConnell et al | filed 03/29/22 | closed 03/29/22 |

1 of 3

| | | | |
|---|---|---|---|
| [2:22-cv-00056-KKC](#) | Zelesnik v. McConnell et al | filed 04/27/22 | closed 04/27/22 |
| [2:22-cv-00057-KKC](#) | Zelesnik v. Bell et al | filed 04/27/22 | closed 04/27/22 |
| [2:22-cv-00076-REW](#) | Zelesnik v. Senator Mitch McConnell et al | filed 06/08/22 | closed 06/08/22 |
| [2:22-cv-00088-HRW](#) | Zelesnik v. McConnell et al | filed 07/08/22 | closed 07/08/22 |
| [2:22-cv-00095-DLB](#) | Zelesnik v. McConnell et al | filed 08/04/22 | closed 08/04/22 |
| [2:22-cv-00105-WOB](#) | Zelesnik v. Senator Rand Paul et al | filed 08/15/22 | closed 08/15/22 |
| [2:22-cv-00108-WOB](#) | Zelesnik v. Kentucky et al | filed 08/23/22 | closed 08/23/22 |
| [2:22-cv-00112-DLB](#) | Zelesnik v. Massie et al | filed 08/30/22 | closed 08/30/22 |
| [2:22-cv-00113-REW](#) | Zelesnik v. Cincinnati Vineyard Church et al | filed 08/30/22 | closed 08/30/22 |
| [2:22-cv-00139-WOB](#) | Zelesnik v. Campbell County Court et al | filed 11/15/22 | closed 11/15/22 |
| [2:23-cv-00054-DCR](#) | Zelesnik v. McConnell et al | filed 04/25/23 | closed 04/25/23 |
| [2:23-cv-00068-DCR](#) | Zelesnik v. Blau et al | filed 05/17/23 | closed 05/17/23 |

2 of 3

| 2:23-cv-00100-DLB | Zelesnik v. Massie et al | filed 08/03/23 | closed 08/03/23 |
| 2:23-cv-00102-DCR | Zelesnik v. Melton et al | filed 08/11/23 | closed 08/11/23 |
| 2:23-cv-00103-DLB | Zelesnik v. Congressman Thomas Massie et al | filed 08/14/23 | closed 08/15/23 |
| 2:23-cv-00109-DLB | Zelesnik v. President Joe Biden et al | filed 08/23/23 | closed 08/23/23 |
| 2:23-cv-00130-DLB | Zelesnik v. McConnell et al | filed 09/28/23 | closed 09/28/23 |

Query    Reports    Utilities    Help

# Select A Case

## Paula Zelesnik is a plaintiff in 3 cases.

| | | | |
|---|---|---|---|
| 2:23-cv-00125-DCR | Zelesnik v. Harris et al | filed 09/13/23 | closed 09/13/23 |
| 2:23-cv-00126-DLB | Zelesnik v. Judge Hopkins et al | filed 09/18/23 | closed 09/18/23 |
| 2:23-cv-00145-DLB | Zelesnik v. GE Hall of Fame Inductees et al | filed 10/19/23 | closed 10/19/23 |